FORM ntcntry

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:                                              Case No.: 4:09−bk−25173−EWH

JOSEPH BALLARD KEATON                               Chapter: 7
31317 N. BLACKFOOT DR.
QUEEN CREEK, AZ 85243
**SSAN:** xxx−xx−4974
**EIN:**

PATRICIA ELLEN KEATON
aka PATRICIA WEST
31317 N. BLACKFOOT DR.
QUEEN CREEK, AZ 85243
**SSAN:** xxx−xx−7659
**EIN:**

Debtor(s)

## NOTICE OF ENTRY OF JUDGMENT OR ORDER

You are hereby notified that on November 30, 2009, this Court entered the enclosed judgment or order on the docket for the above−entitled proceeding.

I hereby certify that on this date a copy of this notice and the judgment or order were sent to the Bankruptcy Noticing Center for mailing to the parties and the U.S. Trustee.

**Date: November 30, 2009**

**Address of the Bankruptcy Clerk's Office:**          Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue                                      **Brian D. Karth**
Tucson, AZ 85701−1704
Telephone number: (520) 202−7500
www.azb.uscourts.gov

# CERTIFICATE OF NOTICE

```
District/off: 0970-4          User: johnsa              Page 1 of 1                Date Rcvd: Nov 30, 2009
Case: 09-25173                Form ID: ntcntry          Total Noticed: 1
```

The following entities were noticed by first class mail on Dec 02, 2009.
 db/jdb        +JOSEPH BALLARD KEATON,    PATRICIA ELLEN KEATON,    31317 N. BLACKFOOT DR.,
                QUEEN CREEK, AZ 85143-4944

The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 02, 2009**                    **Signature:**        _Joseph Speetjens_